PATRICK D. GERAGHTY, ESQ. (PDG 6217)
3 Gannett Drive
White Plains, N.Y. 10604
(914) 323-7000

Attorneys for Defendant, HILTON HOTEL CORPORATION *(solely in connection with their alleged ownership or occupancy of 102 North End Ave.)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x  21 MC 102(AKH)
IN RE: WORLD TRADE CENTER LOWER            :
MANHATTAN DISASTER SITE LITIGATION
-------------------------------------------------------------------, x  Civil Action No.: 07CV4448
WILMER AGUINAGU
               Plaintiff,            :   **NOTICE OF HILTON HOTEL**
                                          **CORPORATION'S**
   -against-            :   **ADOPTION OF ANSWER TO**
                                           **MASTER COMPLAINT**
HARRAH'S OPERATING COMPANY, INC., ET. AL.,   :

              Defendants.          :

                                                    :
------------------------------------------------------------------- x

PLEASE TAKE NOTICE THAT defendant, HILTON HOTEL CORPORATION, as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt HILTON HOTEL CORPORATION'S Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster site Litigation*, 21 MC 102 (AKH).

WHEREFORE, HILTON HOTEL CORPORATION demands judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated: White Plains, New York
       October 5, 2007

1709369.1

Yours, etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN
    & DICKER LLP
Attorneys for Defendants
HILTON HOTEL CORPORATION
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000
File No.: 07323.00046

By: *Patrick Geraghty*
    Patrick D. Geraghty (PDG 6217)

1709369.1